NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ADVANCE CONSTRUCTION SERVICES, INC.,**
*Appellant,*

**v.**

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

———————————

2011-1536

———————————

Appeal from the Armed Services Board of Contract Appeals in Case No. 55232, Administrative Judge Owen C. Wilson.

———————————

**JUDGMENT**

———————————

G. SCOTT WALTERS, Smith Currie & Hancock, LLP, of Atlanta, Georgia, argued for appellant. With him on the brief was HUBERT J. BELL, JR.

BRYANT G. SNEE, Deputy Director, Commercial Litigation Branch, Civil Divison, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and DAWN E. GOODMAN, Trial Attorney.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, PROST, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 12, 2012              /s/ Jan Horbaly
Date                        Jan Horbaly
                              Clerk